# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| William P. Sawyer, M.D. | Plaintiff, |
| **-v-** | |
| Paragon Private Health, LLC | |
| | Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff, William P. Sawyer, M.D. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 6/16/2020

Signature of Attorney

**Attorney Bar Code:** AYB0123