# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
312.499.6300 main
312.499.6301 fax
www.sheppardmullin.com

David M. Poell
312.499.6349 direct
dpoell@sheppardmullin.com

August 25, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: AUG 2 5 2020

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 2 5 2020

Re:   *William P. Sawyer, M.D. v. Paragon Private Health, LLC*
       Civil Action No. 1:20-cv-04627-GBD

Dear Judge Daniels:

We represent Defendant Paragon Private Health, LLC ("Defendant") in connection with the above-referenced matter. Defendant waived formal service, and Defendant's response is due on or before August 31, 2020. (*See* Dkt. 9.) As Defendant requires additional time to review the allegations and prepare its initial response to the Complaint, I made a request for an extension to Mr. Brian Wanca, Plaintiff's counsel, who has consented to extend the Defendant's time to respond to the Complaint to September 14, 2020.

Accordingly, we write to request a brief, two-week extension of time for Defendant to respond to the Complaint, to and including September 14, 2020.

Pursuant to Your Honor's Individual Rules, Defendant states that there have been no previous requests for an adjournment or extension, and such an extension will not affect any scheduled dates for this matter.

Please feel free to contact me if Your Honor desires any additional information.

Respectfully submitted,

/s/ *David M. Poell*

David M. Poell
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
*Counsel for Defendant (admitted pro hac vice)*

cc:   Counsel of Record (via ECF)